# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MUNGUIA,<br><br>               Petitioner,<br><br>   v.<br><br>R.E. BARNES, Warden,<br><br>               Respondent. | Case No. CV 12-0829-SVW (JEM)<br><br>**J U D G M E N T** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 17, 2013

                                          /s/ Stephen V. Wilson
                                            STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE